# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ and CESAR IVAN MARQUEZ,<br><br>Plaintiffs<br><br>v.<br><br>FASHION SHOW MALL LLC and SCHINDLER ELEVATOR CORPORATION,<br><br>Defendants | Case No.: 2:24-cv-02086-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each plaintiff.

I FURTHER ORDER these parties to file a proper certificate of interested parties by December 10, 2024.

DATED this 26th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE