# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ and CESAR IVAN MARQUEZ, <br><br> Plaintiffs <br><br> v. <br><br> FASHION SHOW MALL LLC, et al., <br><br> Defendants | Case No.: 2:24-cv-02086-APG-EJY <br><br> **Order Striking Certificates of Interested Parties** |

I ORDER that defendants Fashion Show Mall LLC and Macy's Retail Holdings, LLC's certificates of interested parties (ECF Nos. 12, 14) are STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificates do not identify the defendants' citizenship as the Rule requires.

I FURTHER ORDER these parties to file a proper certificate of interested parties by December 30, 2024.

DATED this 11th day of December, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE