1  MATTHEW W. HOFFMANN, ESQ.
   Nevada Bar No. 9061
2  TYLER M. CRAWFORD, ESQ.
   Nevada Bar No. 10559
3  ATKINSON WATKINS & HOFFMANN, LLP
   d/b/a BATTLE BORN INJURY LAWYERS
4  10789 W. Twain Ave., Suite 100
   Las Vegas, NV 89135
5  Telephone: 702-562-6000
   Facsimile: 702-562-6066
6  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ, an individual, CESAR IVAN MARQUEZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>FASHION SHOW MALL, LLC, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; MACY'S RETAIL HOLDINGS, LLC, d/b/a MACY'S INC. and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | CASE NO.: 2:24-cv-02086-APG-EJY<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DISCOVERY (First Request)** |

   Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, the parties hereby submit the following Stipulation and Order to Extend Discovery Deadlines (First Request) to extend discovery deadlines and all related case management deadlines by sixty (60) days.

**I.  Discovery Completed to Date.**

   1. Plaintiffs Initial Disclosure of Witnesses and Documents, served on January 21, 2025

   2. Defendant Schindler Elevator Corporation's Initial Disclosure of Witnesses and Documents, served on January 2, 2025

   3. Defendant Macy's Retail Holdings, LLC and Fashion Show Mall, LLC Initial

Disclosure of Witnesses and Documents, served on January 30, 2025

4. Plaintiff's written discovery to Defendant Macy's Retail Holding was served on February 5, 2025.

5. Schindler served written discovery Plaintiffs on February 28, 2025.

**II.    Discovery Left to be Completed.**

1. Deposition of Plaintiffs.

2. Deposition of Defendant's 30(b)(6) Representative.

3. Deposition of percipient witnesses.

4. Disclosure of expert witnesses.

5. Deposition of Expert Witnesses.

**III.    Reasons for Requested Extension.**

The parties request additional time to conduct discovery because of the complexity of the parties involved in this matter, as well as the complexity of Plaintiffs medical records. Throughout the current discovery period the parties have been working to investigate this incident in order to streamline this case and dismiss unnecessary parties. Defendant Schindler on January 28, 2025 as well as Defendant Fashion Show on February 24, 2025, proffered declarations to Plaintiffs regarding their relationships with Defendant Macy's and maintenance of the subject escalator, allowing Plaintiffs to better evaluate the scope of the subject Defendants' involvement. Defendant Macy's also provided a declaration to Plaintiffs on February 6, 2025 It is anticipated that Plaintiff will dismiss Defendant Fashion Show as a party without prejudice in this matter.  The parties anticipate that multiple experts will be necessary in this matter including medical experts, as well as technical escalator experts.

Both of the Plaintiffs in this matter are continuing medical treatment; the parties are still obtaining medical records and anticipate that independent medical exams may be necessary for both Plaintiffs.  Given the complexity of this matter the parties request an additional 60 days.

. . .

. . .

. . .

**IV.  Current Deadlines and Requested Extension**

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Amending Pleadings and Adding Parties | April 1, 2025 | June 2, 2025 |
| Initial Expert Disclosures | Plaintiff April 1, 2025 | Plaintiff June 2, 2025 |
|  | Defendant May 1, 2025 | Defendant June 30, 2025 |
| Rebuttal Expert Disclosures | All parties, June 2, 2025 | All parties, August 1, 2025 |
| Discovery Closes | June 30, 2025 | August 29, 2025 |
| Dispositive Motions | July 30, 2025 | September 29, 2025 |
| Pre-Trial Order, if no Dispositive Motions | July 30, 2025 | September 29, 2025 |

DATED this 28th day of February 2025

**ATKINSON WATKINS & HOFFMANN, LLP**

/s/ Tyler M. Crawford, Esq.
TYLER M. CRAWFORD, ESQ.
Nevada Bar No. 10559
10789 W. Twain Ave., Suite 100
Las Vegas, NV  89135
*Attorneys for Plaintiffs*

**RESNICK & LOUIS, P.C.**

/s/ Mark R. Smith, Esq.
Mark R. Smith, Esq.
Nevada Bar. No. 11872
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants
Fashion Show Mall, LLC and Macy's Retail Holdings, LLC*

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ _Skylar Arakawa-Pamphilon, Esq.
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant
Schindler Elevator Corporation*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 28, 2025