1 **RESNICK & LOUIS, P.C.**
Mark R. Smith, Esq., SBN: 11872
2 mrsmith@rlattorneys.com
8945 W. Russell Road, Suite 330
3 Las Vegas, NV  89148
Telephone: (702) 997-1696
4 Facsimile: (702) 702-8619
*Attorneys for Defendants,*
5 *Fashion Show Mall, LLC, and*
*Macy's Retail Holdings, LLC*
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ, an individual, CESAR IVAN MARQUEZ, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> FASHION SHOW MALL, LLC, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; MACY'S RETAIL HOLDINGS, LLC, d/b/a MACY'S INC. and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive; <br><br> Defendants. | **Case No.: 2:24-cv-02086-APG-EJY** <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT FASHION SHOW MALL, LLC ONLY, WITHOUT PREJUDICE** |

   Defendant FASHION SHOW MALL, LLC, by and through its counsel of record, Mark R. Smith, Esq., of the law firm Resnick & Louis, P.C., Plaintiffs, MARTHA DELIA MACIAS SANCHEZ and CESAR IVAN MARQUEZ, by and through their counsel of record, Tyler M. Crawford, Esq., of the law firm of Atkinson Watkins & Hoffmann, LLP, Defendant MACY's RETAIL HOLDINGS, LLC, by and through its counsel of record, Mark R. Smith, Esq., of the law firm Resnick & Louis, P.C., and Defendant SCHINDLER ELEVATOR CORPORATION, , by and

1

1  through its counsel of record, Skylar Arakawa-Pamphilon, Esq., of the law firm of Evans Fears
2  Schuttert McNulty Mickus, hereby stipulate that the above captioned action and any and all claims
3  asserted by Plaintiff against Defendant FASHION SHOW MALL, LLC **(ONLY)** in this action are
4  hereby DISMISSED WITHOUT PREJUDICE.

5      Each party is to bear their own attorney fees, interest, and costs.

6      **IT IS SO STIPULATED.**

7  DATED this 5th day of March 2025.          DATED this 5th day of March 2025.

8  **RESNICK & LOUIS, P.C.**                  **ATKINSON WATKINS & HOFFMANN, LLP**

9  */s/ Mark R. Smith*                        */s/ Tyler M. Crawford*

10 MARK R. SMITH, ESQ.,                       TYLER M. CRAWFORD, ESQ.
   Nevada Bar No.: 11872                      Nevada Bar No.: 10559
11 mrsmith@rlattorneys.com                    tcrawford@awhlawyers.com
   8945 W. Russell Road, Suite 330            10789 W. Twain Avenue, Suite 100
12 Las Vegas, NV 89148                        Las Vegas, NV 89135
   Telephone: (702) 997-1696                  Telephone: 702-562-6000
13 Facsimile: (702) 702-8619                  Facsimile: 702-562-6066
   *Attorneys for Defendants*                 *Attorneys for Plaintiffs*
14 *Fashion Show Mall, LLC, and*              *Martha Delia Macias Sanchez and*
   *Macy's Retail Holdings, LLC*              *Cesar Ivan Marquez*
15

16 DATED this 5th day of March 2025.

17 **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

18 */s/ Skylar Arakawa-Pamphilon*

19 SKYLAR ARAKAWA-PAMPHILON, ESQ.
   Nevada Bar No.: 15864
20 sarakawa@efsmmlaw.com
   6720 Via Austi Parkway, Suite 300
21 Las Vegas, NV 89119
   Telephone: (702) 805-0290
22 Facsimile: (702) 805-0291
   *Attorneys for Defendant*
23 *Schindler Elevator Corporation*

24 ///

25 ///

26 ///

27 ///

28

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

Based upon the Parties' foregoing stipulations, the Court hereby ORDERS that this action and Plaintiff's claims herein against Defendant FASHION SHOW MALL, LLC **(ONLY)**, are hereby DISMISSED WITHOUT PREJUDICE**,** with each party to bear their own attorney fees, interest, and costs.

IT IS SO ORDERED:

Dated: March 7, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

**RESNICK & LOUIS, P.C.**

*/s/ Mark R. Smith*
_____
MARK R. SMITH, ESQ.,
Nevada Bar No.: 11872
mrsmith@rlattorneys.com
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-1696
Facsimile: (702) 702-8619
*Attorneys for Defendants*
*Fashion Show Mall, LLC, and*
*Macy's Retail Holdings, LLC*