Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
sarakawa@efsmmlaw.com

*Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ, an individual, CESAR IVAN MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION SHOW MALL, LLC, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; MACY'S RETAIL HOLDINGS, LLC, d/b/a MACY'S INC. and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants | **Case No. 2:24-CV-02086-APG-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(2nd Request)** |

  IT IS STIPULATED AND AGREED, by and between Plaintiffs Martha Delia Macias Sanchez and Cesar Ivan Marquez, by and through their attorneys of record, Mattthew W. Hoffmann, Esq. and Tyler M. Crawford, Esq. of Atkinson Watkins & Hoffmann, LLP d/b/a Battle Born Injury Lawyers, and Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc., by and through their attorneys of record, Jay J. Schuttert, Esq. and Skylar Arakawa-Pamphilon, Esq. of Evans Fears Schuttert McNulty Mickus, that the discovery deadlines

in the Order to Extend Discovery (First Request) [ECF NO. 28] be continued by an additional ninety (90) days as follows:

### I. DISCOVERY COMPLETED TO DATE

- Defendant Schindler Elevator Corporation produced its Initial Fed. R. Civ. P. 26(a) Disclosure on served on January 2, 2025.
- Plaintiffs produced their Initial Fed. R. Civ. P. 26(a) Disclosures on January 21, 2025.
- Defendant Macy's Retail Holdings, LLC produced its Initial Fed. R. Civ. P. 26(a) Disclosure on January 30, 2025.
- Defendant Fashion Show Mall, LLC produced its Initial Fed. R. Civ. P. 26(a) Disclosure on January 30, 2025.
- Plaintiffs served written discovery to Defendant Macy's Retail Holding on February 5, 2025.
- Schindler served written discovery to Plaintiffs on February 28, 2025.
- Defendant Schindler produced its First Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosure on March 12, 2025.
- Defendant Macy's produced its First Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosure on March 18, 2025.
- Defendant Macy's produced its Second Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosure on March 31, 2025.
- Defendant Macys' responded to Plaintiffs' first set of written discovery on April 10, 2025.
- Plaintiffs responded to Schindler's first set of written discovery on April 11, 2025.

### II. DISCOVERY TO BE COMPLETED

- The deposition of Plaintiff Cesar Ivan Marquez, scheduled for June 11, 2025.
- The deposition of Plaintiff Martha Delia Macias Sanchez, set for June 12, 2025.
- The deposition of Defendant Schindler's 30(b)(6) Representative, scheduled for June 17, 2025.
- The deposition of Defendant Macy's 30(b)(6) Representative, to the extent necessary.
- Disclosure of expert witnesses.

- The depositions of expert witnesses.
- The independent medical examination of Plaintiff Martha Delia Macias Sanchez, as needed.
- The independent medical examination of Plaintiff Cesar Ivan Marquez, as needed.

### III. REASONS DISCOVERY WAS NOT COMPLETED AND GOOD CAUSE FOR A DISCOVERY EXTENSION

The parties have been working diligently to complete discovery in this case now the case has been streamlined and Defendant Fashion Show Mall has been dismissed. At least three depositions and two FRCP 35 medical examinations need to be conducted before the parties serve their expert disclosures, including the FRCP 30(b)(6) deposition of Schindler's corporate representative. Scheduling conflicts for the FRCP 30(b)(6) witness and counsel impede the parties' ability to conduct this with adequate time before Plaintiffs' June 2, 2025 expert disclosure deadline. Further, the parties have agreed that, to the extent Plaintiffs are unable to ascertain the information they seek from Schindler's corporate representative, Plaintiffs will notice the deposition of Macy's FRCP 30(b)(6) representative thereafter. As a result, Plaintiffs need adequate time to potentially conduct the Macy's FRCP 30(b)(6) deposition before their June 2, 2025 expert disclosure deadline as well. And though Plaintiffs have not yet been deposed, their medical records indicate they are claiming residual symptoms which will likely necessitate independent medical examinations. Defendants need adequate time to potentially conduct those examinations before the expert disclosure deadlines. In order for the parties to conduct the aforementioned depositions as well as both potential IMEs with adequate time before the expert discovery disclosure deadlines, Plaintiff and Defendants agree with the proposed extension of the current discovery deadlines by 90 days. Accordingly, no party is prejudiced by the additional time necessary to conduct the remaining discovery and to prepare for expert discovery. Counsel for the parties have been diligently working together to prepare this stipulation and obtain an extension of the current discovery deadlines. All of the foregoing circumstances constitute good cause to extend the remaining discovery deadlines, and the parties jointly and in good faith request this Court enter an Order extending the discovery deadlines in accordance with their stipulation. There is no trial date set in this case.

# ~~PROPOSED~~ REVISED DISCOVERY PLAN

The parties hereby stipulate to and propose the following amendments to the current scheduling deadlines:

|  | Old Deadline | New Deadline |
|---|---|---|
| Final date to amend pleadings or add parties: | June 2, 2025 | September 2, 2025 |
| Plaintiff's initial expert disclosures: | June 2, 2025 | September 2, 2025 |
| Defendants' initial expert disclosures: | June 30, 2025 | September 29, 2025 |
| Rebuttal expert disclosures: | August 1, 2025 | November 3, 2025 |
| Discovery cut off: | August 29, 2025 | December 1, 2025 |
| Dispositive motions: | September 29, 2025 | December 29, 2025 |
| Pre-Trial Order: | September 29, 2025 | January 28, 2026[1] |

No trial date has been set.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: April 22, 2025.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **ATKINSON WATKINS & HOFFMAN, LLP d/b/a BATTLE BORN INJURY LAWYERS** |
| */s/ Jay J. Schuttert* | */s/ Tyler M. Crawford* |
| Jay J. Schuttert, Esq. (SBN 8656) | Matthew W. Hoffman, Esq. (SBN 9061) |
| Skylar Arakawa-Pamphilon, Esq. (SBN 15864) | Tyler M. Crawford, Esq. (SBN 10559) |
| 6720 Via Austi Parkway, Suite 300 | 10789 W. Twain Avenue, Suite 100 |
| Las Vegas, NV 89119 | Las Vegas, NV 89135 |
| *Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.* | *Attorneys for Plaintiffs* |

///

///

---

[1] The requested new pre-trial order deadline is 30 days after the requested new dispositive motion deadline, consistent with LR 26-1(b)(5).

## [PROPOSED] ORDER

IT IS SO ORDERED. Based upon the foregoing stipulation, the 90-day extension to discovery deadlines are granted as follows:

|  | Old Deadline | New Deadline |
| --- | --- | --- |
| Final date to amend pleadings or add parties: | June 2, 2025 | September 2, 2025 |
| Plaintiff's initial expert disclosures: | June 2, 2025 | September 2, 2025 |
| Defendants' initial expert disclosures: | June 30, 2025 | September 29, 2025 |
| Rebuttal expert disclosures: | August 1, 2025 | November 3, 2025 |
| Discovery cut off: | August 29, 2025 | December 1, 2025 |
| Dispositive motions: | September 29, 2025 | December 29, 2025 |
| Pre-Trial Order: | September 29, 2025 | January 28, 2026 |

No trial date has been set.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 22, 2025

Case No. 2:24-CV-02086-APG-EJY

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ Jay J. Schuttert
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.*