Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
sarakawa@efsmmlaw.com

*Attorneys for Defendants Schindler Elevator Corporation and*
*Macy's Retail Holdings, LLC, d/b/a Macy's Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ, an individual, CESAR IVAN MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION SHOW MALL, LLC, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; MACY'S RETAIL HOLDINGS, LLC, d/b/a MACY'S INC. and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants | Case No. 2:24-CV-02086-APG-EJY<br><br>**JOINT STIPULATION AND ORDER DISMISSING MACY'S RETAIL HOLDINGS, LLC, D/B/A MACY'S INC.'S CROSS-CLAIM AGAINST SCHINDLER ELEVATOR CORPORATION WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARTHA DELIA MACIAS SANCHEZ and CESAR IVAN MARQUEZ, Defendant/Cross-Claimant MACY'S RETAIL HOLDINGS, LLC, d/b/a MACY'S INC. ("Macy's"), and Defendant/Cross-Defendant SCHINDLER ELEVATOR CORPORATION ("Schindler") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, that Macy's cross-claims against Schindler be dismissed without prejudice and without costs or attorney fees to any party.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: July 17, 2025.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **ATKINSON WATKINS & HOFFMAN, LLP d/b/a BATTLE BORN INJURY LAWYERS** |
| /s/ Jay J. Schuttert | /s/ Tyler M. Crawford |
| Jay J. Schuttert, Esq. (SBN 8656) | Matthew W. Hoffman, Esq. (SBN 9061) |
| Skylar Arakawa-Pamphilon, Esq. (SBN 15864) | Tyler M. Crawford, Esq. (SBN 10559) |
| 6720 Via Austi Parkway, Suite 300 | 10789 W. Twain Avenue, suite 100 |
| Las Vegas, NV 89119 | Las Vegas, NV 89135 |
| *Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.* | *Attorneys for Plaintiffs* |

## ORDER

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 18, 2025

Case No. 2:24-CV-02086-APG-EJY

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ Jay J. Schuttert
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.*