Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
sarakawa@efsmmlaw.com

*Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| MARTHA DELIA MACIAS SANCHEZ, an individual, CESAR IVAN MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION SHOW MALL, LLC, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; MACY'S RETAIL HOLDINGS, LLC, d/b/a MACY'S INC. and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants | Case No. 2:24-CV-02086-APG-EJY<br><br>**JOINT STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARTHA DELIA MACIAS SANCHEZ and CESAR IVAN MARQUEZ ("Plaintiffs'), Defendant SCHINDLER ELEVATOR CORPORATION ("Schindler"), and Defendant MACY'S RETAIL HOLDING, LLC d/b/a MACY'S INC. ("Macy's"), by and through their respective undersigned counsel of record, that this entire matter be dismissed against all parties with prejudice and without costs or attorney fees to any party.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: November 5, 2025.

| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **ATKINSON WATKINS & HOFFMAN, LLP d/b/a BATTLE BORN INJURY LAWYERS** |
|---|---|
| */s/ Skylar Arakawa-Pamphilon* <br> Jay J. Schuttert, Esq. (SBN 8656) <br> Skylar Arakawa-Pamphilon, Esq. (SBN 15864) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 | */s/ Tyler M. Crawford* <br> Matthew W. Hoffman, Esq. (SBN 9061) <br> Tyler M. Crawford, Esq. (SBN 10559) <br> 10789 W. Twain Avenue, Suite 100 <br> Las Vegas, NV 89135 |
| *Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.* | *Attorneys for Plaintiffs* |

## ORDER

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 6, 2025

Case No. 2:24-CV-02086-APG-EJY

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Skylar Arakawa-Pamphilon*
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendants Schindler Elevator Corporation and Macy's Retail Holdings, LLC, d/b/a Macy's Inc.*